# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JOHN DOE**,<br><br>    Petitioner,<br><br>v.<br><br>**MERRICK GARLAND**, Attorney General of the United States; **UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**, an agency of the United States; **ALEJANDRO MAYORKAS**, Secretary of Homeland Security; and **DEPARTMENT OF HOMELAND SECURITY**, an agency of the United States,<br><br>    Respondents. | Case No. 3:23-cv-01139-IM<br><br>**JUDGMENT** |

Based on the Petitioner's Unopposed Motion to Dismiss, **IT IS ADJUDGED** that this case is DISMISSED with prejudice, with each party to bear its own costs.

DATED this 1st day of August, 2024.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge